**Reiner RIEZLER and Severi Med GMBH, Plaintiffs–Appellees,**

v.

**Robert H. ALLEN, Sally P. Stabler, and Metabolite Laboratories, Inc., Defendants,**

and

**Robert H. Allen, As Trustee of the Robert H. Allen Revocable Trust, Defendant–Appellant.**

No. 2010–1300.

United States Court of Appeals, Federal Circuit.

July 15, 2010.

Edward J. Pardon, Merchant & Gould P.C., Madison, WI, for Plaintiffs–Appellees.

Monique M. Drake, Gibson, Dunn & Crutcher LLP, Denver, CO, for Defendant–Appellant.

## ON MOTION

### ORDER

The appellant moves without opposition to stay the briefing schedule in this appeal pending disposition of a related appeal, *Riezler v. Allen*, 2009–1528.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted and the briefing schedule is stayed pending disposition of the related appeal. The stay of the briefing schedule will be lifted upon issuance of the mandate in 2009–1528. The appellant's opening brief in this appeal is due within 45 days after the date the mandate issues in 2009–1528.